IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00126-CMA -CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:  June 27, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| ALICE J. HAWKINS, | Jordana Gingrass |
| Plaintiff, | |
| v. | |
| COUNTY OF BENT, COLORADO, doing business as Bent County Healthcare Center, and BARBARA MARTIN, individually and in her capacity as Administrator of Bent County Healthcare Center, | Patrick Singer |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in session:       8:34 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding the Motion to Stay Discovery Proceedings Pending Immunity and Fed. R.Civ. P. 12(b)(6) Determinations Or, Alternatively, for Protective Order by Defendants, the affidavit of Ms. Martin, quality assurance records, and discovery requests.

**ORDERED**:  Motion to Stay Discovery Proceedings Pending Immunity and Fed. R.Civ. P. 12(b)(6) Determinations Or, Alternatively, for Protective Order by Defendants [Docket No. 18, Filed May 6, 2011] is DENIED.

**ORDERED**:  Plaintiff's request to withdraw her first set of written discovery requests without prejudice is GRANTED.  Plaintiff shall serve new interrogatories and requests for production on Defendants.

HEARING CONCLUDED.

**Court in recess**:     **9:31 a.m.**
Total time in court:    00:57

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.